# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### JONESBORO DIVISION

LAURA EATON                                                          PLAINTIFF


V.                          NO. 3:10CV00075 JTR


MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                             DEFENDANT


## ORDER

Plaintiff has filed a Motion requesting an extension to file her Appeal Brief.  (Docket entry #11).  The Commissioner does not oppose the Motion.  Plaintiff's time for filing her Appeal Brief is hereby extended to and including September 13, 2010.

IT IS THEREFORE ORDERED THAT Plaintiff's Unopposed Motion for Extension of Time (docket entry #11) is GRANTED.

DATED this 17th day of August, 2010.


_____
UNITED STATES MAGISTRATE JUDGE