# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

LAURA EATON                                                                              PLAINTIFF

V.                             NO. 3:10CV00075 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                  DEFENDANT

## ORDER

The Commissioner's Unopposed Motion for Extension of Time (docket entry #15) is GRANTED.

DATED this 27th day of October, 2010.

_____
UNITED STATES MAGISTRATE JUDGE