**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

LAURA EATON                                                                                          PLAINTIFF

VS.                                      3:10CV00075 JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                                       DEFENDANT

## ORDER

The Commissioner has filed an unopposed Motion (docket entry #17) to reverse the ALJ's decision and to remand this case pursuant to sentence four of 42 U.S.C. § 405(g) (1995):

> The court shall have the power to enter, upon the pleadings and transcript of the record, a judgment affirming, modifying, or reversing the decision of the Commissioner of Social Security, with or without remanding the cause for a rehearing.

The Commissioner seeks remand for further development of the record and for the ALJ to issue a new decision. Under these circumstances, a sentence four remand is appropriate. *See Buckner v. Apfel*, 213 F.3d 1006, 1010-11 (8th Cir. 2000).

IT IS THEREFORE ORDERED THAT Defendant's Motion to Remand (docket entry #17) is GRANTED. This is a remand pursuant to "sentence four" of 42 U.S.C.

§ 405(g).

DATED this 9th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE